AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 12 - M - 483

farmlandmarketinggroup.com; farmlandmarketinggroup2.com
growersliquidityfund.com; americanfarmlandpartners.net;
americanfarmlandpartners.mobl; americanfarmlandpartners.info;
americanfarmlandpartners.org; americanfarmlandpartners.me;
americanfarmlandpartners.ca; americanfarmlandpartnersstore.com;
americanfarmlandpartners.biz; americanfarmlandpartners.us;
theamericanfarmlandpartners.com; americanfarmlandpartners.com;
americanfarmlandpartners.tv; theagriculturealnetwork.com;
midwestfarmlandpartners.com; midwestfarmlandpartners2.com;
farmersunite.com; tracylynnboltonagriculture.com;
todddyeragriculture.com; tracylynn - Tracy
Bolton - shopper ID 50098270 (online storeage - 100GB); and
tracy@farmlandmarketinggroup.com - Tracy Bolton - shopper ID
42373755 (online storage - 1GB) that is stored at premises owned,
maintained, controlled, or operated by GoDaddy.com, LLC, a company
headquartered at 14455 N. Hayden Road, Ste. 219, Scottsdale, AZ 85260

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

See Attachment F.

The person or property to be searched, described above, is believed to conceal: See Attachment F1, which is evidence of violations of Title 18, United States Code, Sections 1341, 1343, 1956, and 1957.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 9___, 2012
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge William E. Callahan, Jr.

Date and time issued: June 25, 2012; 3:25 p.m.

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

Case 2:12-mj-00483-WEC   Filed 07/30/12   Page 1 of 2   Document 2

# RETURN

| Case No. 12-M-483 | Date and time Warrant executed 7/6/12 10:19 AM | Copy of warrant and inventory left with: Faxed to (480) 624-2546 |
|---|---|---|

Inventory made in the presence of N/A

Inventory of person or property taken and name of any person(s) seized:

1- DVD+R labeled GDG Ref. No. 12-9791, GD 000307
1- CD-R labeled GDG Ref. No. 12-9791, GD 000001- GD 000306

Received via Fedex tracking #7986 2826 8488 on 7/18/12.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/30/12

_(Executing officer's signature)_

Rhonda Karpinski, Special Agent
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_   7/30/12   _(Date)_