UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

farmlandmarketinggroup.com; farmlandmarketinggroup2.com
growersliquidityfund.com; americanfarmlandpartners.net;
americanfarmlandpartners.mobl; americanfarmlandpartners.info;
americanfarmlandpartners.org; americanfarmlandpartners.me;
americanfarmlandpartners.ca; americanfarmlandpartnersstore.com;
americanfarmlandpartners.biz; americanfarmlandpartners.us;
theamericanfarmlandpartners.com; americanfarmlandpartners.com;
americanfarmlandpartners.tv; theagriculturealnetwork.com;                Case No. 12-M-483
midwestfarmlandpartners.com; midwestfarmlandpartners2.com;
farmersunite.com; tracylynnboltonagriculture.com;
todddyeragriculture.com; tracylynn - Tracy
Bolton - shopper ID 50098270 (online storeage - 100GB); and
tracy@farmlandmarketinggroup.com - Tracy Bolton - shopper ID
42373755 (online storage - 1GB) that is stored at premises owned,
maintained, controlled, or operated by GoDaddy.com, LLC, a company
headquartered at 14455 N. Hayden Road, Ste. 219, Scottsdale, AZ 85260

---

## MOTION TO SEAL

---

The United States of America, by its attorneys, hereby moves the Court to seal the above-referenced search warrant, the affidavit filed in support of the search warrant, the instant motion to seal, and the affidavits filed in support of this motion to seal, for three months or until further order of the Court, whichever is sooner. As a basis for this motion, the government relies upon the facts and circumstances described in the attached affidavits of Joseph R. Wall and Rhonda R. Karpinski.

A proposed order accompanies this motion.

Dated at Milwaukee, Wisconsin, this ___30th___ day of July, 2012.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

By: *(signature)*

JOSEPH R. WALL
Assistant United States Attorney

530 Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-1700