UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

farmlandmarketinggroup.com; farmlandmarketinggroup2.com
growersliquidityfund.com; americanfarmlandpartners.net;
americanfarmlandpartners.mobl; americanfarmlandpartners.info;
americanfarmlandpartners.org; americanfarmlandpartners.me;
americanfarmlandpartners.ca; americanfarmlandpartnersstore.com;
americanfarmlandpartners.biz; americanfarmlandpartners.us;
theamericanfarmlandpartners.com; americanfarmlandpartners.com;
americanfarmlandpartners.tv; theagriculturealnetwork.com;          Case No. 12-M-483
midwestfarmlandpartners.com; midwestfarmlandpartners2.com;
farmersunite.com; tracylynnboltonagriculture.com;
todddyeragriculture.com; tracylynn - Tracy
Bolton - shopper ID 50098270 (online storeage - 100GB); and
tracy@farmlandmarketinggroup.com - Tracy Bolton - shopper ID
42373755 (online storage - 1GB) that is stored at premises owned,
maintained, controlled, or operated by GoDaddy.com, LLC, a company
headquartered at 14455 N. Hayden Road, Ste. 219, Scottsdale, AZ 85260

---

## AFFIDAVIT IN SUPPORT OF MOTION TO SEAL

---

1.      I am an Assistant United States Attorney in the Eastern District of Wisconsin, and

one of the prosecutors assigned to the above-captioned case.

2.      On June 25, 2012, this court issued a search warrant for the above described

residence.   This warrant was issued based on the application and affidavit of Internal Revenue

Special Agent Rhonda Karpinski.

3.      This search warrant was executed on July 6, 2012.

4.      The affidavit of Special Agent Karpinski submitted in support of this application

details the United States' ongoing investigation into alleged violations of federal law in this

district.   The disclosure of the information set forth in Special Agent Karpinski's affidavit could

compromise the effectiveness of the investigation.

5.      This case will entail the procurement and examination of many detailed financial

records in the form of paper documents and electronic evidence as well as the interviewing of

numerous individuals who are victims of the fraud scheme detailed in the search warrant affidavit.  This process will take several months at least.

Based on the foregoing, the United States respectfully requests that this Court seal the application for search warrant, including the supporting affidavit of Special Agent Rhonda Karpinski, as well as the motion to seal, this affidavit, and the affidavit of Rhonda Karpinski for a period of three months to allow the government to complete this investigation and make appropriate charging decisions.

_____
JOSEPH R. WALL

Subscribed and sworn to me this
___30___ day of July, 2012.

_____
Notary Public, State of Wisconsin
My commission expires 1/4/15

NANCY A. ZEPNICK
NOTARY PUBLIC
STATE OF WISCONSIN