UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| farmlandmarketinggroup.com; farmlandmarketinggroup2.com growersliquidityfund.com; americanfarmlandpartners.net; americanfarmlandpartners.mobl; americanfarmlandpartners.info; americanfarmlandpartners.org; americanfarmlandpartners.me; americanfarmlandpartners.ca; americanfarmlandpartnersstore.com; americanfarmlandpartners.biz; americanfarmlandpartners.us; theamericanfarmlandpartners.com; americanfarmlandpartners.com; americanfarmlandpartners.tv; theagriculturealnetwork.com; midwestfarmlandpartners.com; midwestfarmlandpartners2.com; farmersunite.com; tracylynnboltonagriculture.com; todddyeragriculture.com; tracylynn - Tracy Bolton - shopper ID 50098270 (online storeage - 100GB); and tracy@farmlandmarketinggroup.com - Tracy Bolton - shopper ID 42373755 (online storage - 1GB) that is stored at premises owned, maintained, controlled, or operated by GoDaddy.com, LLC, a company headquartered at 14455 N. Hayden Road, Ste. 219, Scottsdale, AZ 85260 | Case No. 12-M-483 |

## ORDER TO SEAL

Upon consideration of the government's motion to seal, and the affidavits referenced therein, the Court finds that in the above-referenced matter, the affidavit filed in support of the search warrant, the government's motion to seal, and the affidavits filed in support of the government's motion to seal, are appropriately kept under seal.

IT IS THEREFORE ORDERED that the Clerk of Court accept for filing under seal the above-referenced documents in the above-referenced matter for a period of three months, or until further order of this Court.

Dated at Milwaukee, Wisconsin this 30th day of July, 2012.

By the Court:

WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge